# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Wells Talbot Watson
Bagget, McCall , etc.
P. O. Drawer 7820
Lake Charles LA 70606-7820

Richard Elliott Wilson
Cox, Cox & Filo
723 Broad Street
Lake Charles LA 70601

## REHEARING ACTION: May 7, 2008

**Docket Number: 07   01483-CW**

**JODY DWAYNE KOPNICKY**
**VERSUS**
**CITGO PETROLEUM CORPORATION,**
**ET AL**
***consolidated with***
**JONATHAN WIELEY ALEX, ET AL**
**VERSUS**
**CITGO PETROLEUM CORPORATION,**
**ET AL**

**Writ Application from Calcasieu Parish Case No. 06-3966 c/w 07-2739**

<u>**BEFORE JUDGES**</u>:

    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**
    **Hon. Michael G. Sullivan**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jody Dwayne Kopnicky and Jonathan Wieley Alex, et al** has

this day been

    **GRANTED.** (See attached opinion)
    Sullivan, J., would deny the rehearing.

cc: Marshall Joseph Simien  Jr., Counsel for the Applicant
    Yul Dubart Lorio, Counsel for the Applicant
    Dominic Joseph Gianna, Counsel for the Applicant
    Charles Nolen Harper, Counsel for the Applicant
    Joe McCaleb Bilbro, Counsel for the Applicant
    Kirk Albert Patrick  III, Counsel for  the Respondent